1  Scott D. Levensten
   The Levensten Law Firm, P.C.
2  1420 Walnut Street, Suite 801
   Philadelphia, PA 19102
3  (215) 545-5600 Phone
   (215) 545-5156 Fax
4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Mandelene Hardy, individually, Charles Lawrence, individually, and Ellanor Akers, individually v. Pfizer, Inc., Pharmacia Corp., and G.D. Searle, LLC (fka G.D. Searle & Co.) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>Mandelene Hardy v. Pfizer Inc., et al<br>07-CV-02036 | |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009    By: _____

The Levensten Law Firm, P.C.
1420 Walnut Street, Suite 801
Philadelphia, PA 19102

-3-

(215) 545-5600 Phone
(215) 545-5156 Fax

*Attorneys for Plaintiffs*

DATED: Jan. 26, 2010    By: /s/ [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 2 2010    [signature]
Hon. Charles R. Breyer
United States District Court

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE